# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | Case No. 14-13135 |
| Michael K. Vega | |
| Debtor(s) | Chapter 13 |

## OBJECTION TO PROOF OF CLAIM
## OF NATIONSTAR MORTGAGE, LLC

COMES NOW, Debtor, by and through counsel, and file this objection to the proof of claim filed by the Nationstar Mortgage, LLC, hereinafter "Creditor", and Debtor would respectfully state unto the Court as follows:

1. Debtor filed for relief under Chapter 13 of the Bankruptcy Code on August 22, 2014.

2. Creditor has filed a proof of claim for alleged arrearage of $19,473.70. Said claim includes various fees and charges which are disputed.

3. Debtor objects to any fee, costs and/or charge that is not fully supported by documentation and reasonable. Said objection includes any alleged escrow shortage.

WHEREFORE, PREMISES CONSIDERED, Debtors objects to the claim of Nationstar Mortgage, LLC and requests specific proof of all fees, costs and charges listed in their claim. Debtor further asks that any portion not properly supported by disallowed.

Respectfully submitted:

/s/Tracy B. Walsh

**Walsh Law Firm PLLC**
6810 Crumpler Blvd., Suite 303
Olive Branch, MS 38654
(662)890-3086
(866)475-5589

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | ) |
|     Michael Vega | ) Case No.: 14-13135 |
|     Debtor(s) | ) Chapter 13 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has this day, by U.S. Mail, First Class, postage prepaid, or by electronic means, sent a true and correct copy of the following item:

(X)     Objection to the Proof of Claim of Nationstar Mortgage, LLC

to the following:

    Locke D. Barkley
    Chapter 13 Trustee
    sbeasley@barkley13.com

    Office of the US Trustee
    USTPRegion05.AB.ECF@usdoj.gov

    Nationstar Mortgage, LLC
    Attn: Bankruptcy Department
    P.O. Box 630267
    Irving, TX 75063

This the 12th day of November 2014.

/s/ Tracy B. Walsh

Certifying Attorney